IN THE MATTER OF THE APPLICATION OF THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, APPELLANT, TO ACQUIRE LANDS OF ALEXANDER CUNNINGHAM.

*Report of commissioners to acquire lands — when set aside.*

Where, on an application to set aside the report of commissioners appointed to take lands for railroad purposes, it appears that the commissioners had talked privately with a person from whom they had obtained information discrediting the testimony of the claimant, and that the award to him was greatly inadequate, and that the neglect to oppose the confirmation of the report arose from the neglect or misbehavior of his attorney, upon whom the notice of motion was served: *held,* that the report was properly set aside.

APPEAL from an order made at the Special Term, setting aside the report of commissioners appointed to take land for railroad purposes.

*James M. Willett,* for appellant. *Spencer Clinton,* for respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order affirmed, with costs.